IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, | No. C 04-02320 JSW |
| Plaintiff, | |
| v. | **ORDER REFERRING PARTIES TO A SETTLEMENT CONFERENCE** |
| GARY MCKAY, CATHLEEN MCKAY, and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge Vadas to conduct a settlement conference. The settlement conference shall be conducted by within 90 days from the date of this order, if possible.

The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: April 26, 2005                       /s/ Jeffrey S. White
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom