Maureen H. Geary - SBN 143119
CALIFORNIA INDIAN LEGAL SERVICES
37 Old Courthouse Square, Suite 209
Santa Rosa, CA 95404
Tel: (707) 573-8016
Fax: (707) 573-3925

Michael S. Pfeffer - SBN 88068
E. Ann Gilmour - SBN 209420
CALIFORNIA INDIAN LEGAL SERVICES
510-16th Street, Fourth Floor
Oakland, CA 94612
Tel: (510) 835-0284
Fax: (510) 835-8045

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROUND VALLEY INDIAN TRIBES | ) | NO. C 04-02320 JSW |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY MCKAY and CATHLEEN MCKAY DOES 1 - 10 | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 9, 2005, Maureen Geary, California Indian Legal Services, attorneys for Plaintiff, Round Valley Indian Tribes and Michael Vinding, Diepenbrock Harrison, attorneys for Defendants, Gary and Cathleen McKay, participated in a conference call with Magistrate Judge Nandor J. Vadas. The purpose of the conference call was to select a date, time and location for a settlement conference as ordered by Judge Jeffery S. White on April 26, 2005.

The Court and the parties agreed to a settlement conference date of Friday, August 26, 2005, at 9:00 a.m. The settlement conference will be held at the offices of Adair, Potswald and Hennessey, Court Reporters, 212 West Perkins Street, Ukiah, California. The telephone number of Adair, Potswald and Hennessey is 707-263-5015. The parties agree to share costs of the conference room. The parties will abide by the Notice of Settlement Conference and Settlement Conference Order of May 4, 2005.

**CALIFORNIA INDIAN LEGAL SERVICES**

**IT IS SO ORDERED.**

Dated: _____     /s/ _____
NANDOR J. VADAS
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Laura Svoboda, certify:

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to this action. My business address is 510 16th Street, Fourth Floor, Oakland, California, 94612. I certify that on May 18, 2005, I served a true and accurate copy of the following document(s):

## [Proposed] Order

in said cause by serving electronically on the following party(ies), pursuant to General Order No. 45, "Electronic Case Filing Guidelines Sec. IX":

> Peter A. Mankin
> Attorney for Cathleen McKay & Gary McKay
> pmankin@smlawyers.com  firm@smlawyers.com
>
> Mark D. Harrison
> Attorneys for Cathleen McKay & Gary McKay
> mdh@diepenbrock.com, lcb@ciepenbrock.com

Additionally, I am familiar with the regular mail collection and processing practices of California Indian Legal Services and served the following individuals **VIA THE UNITED STATES POSTAL SERVICE** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

> Michael E. Vinding
> Diepenbrock Harrison
> 400 Capitol Mall, Ste. 1800
> Sacramento, CA 95814
>
> Michael V. Brady
> Diepenbrock Harrison
> 400 Capitol Mall, Ste. 1800
> Sacramento, CA 95814

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Oakland, California, this 18th day of May, 2005.

_____
Laura Svoboda

**CALIFORNIA INDIAN LEGAL SERVICES**