MICHAEL V. BRADY (SBN 146370)
MICHAEL E. VINDING (SBN 178359)
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, California 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535
Email: mev@diepenbrock.com

Attorneys for Defendants GARY D. MCKAY
and CATHLEEN A. MCKAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUND VALLEY INDIAN TRIBES, | CASE NO. C04-2320 JSW |
| Plaintiff, | **AMENDED STIPULATED DISMISSAL** |
| v. | |
| GARY D. MCKAY and CATHLEEN A. MCKAY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY FURTHER STIPULATED by and between the parties to this action, Plaintiff Round Valley Indian Tribes ("RVIT"), by and through Eugene W. Jamison, Jr., RVIT President, and Ronald W. Lincoln, Sr., RVIT Vice-President, and Defendants Gary D. McKay and Cathleen A. McKay ("McKays"), at the continued Settlement Conference held on May 9, 2006, before the Magistrate Judge Nandor S. Vadas, that the Stipulated Dismissal, filed December 6, 2005, and Order Granting the Stipulated Dismissal issued December 9, 2005, be amended as follows:

1.  On or before May 12, 2006, RVIT shall place into escrow with an escrow company agreed to by the parties the amount of $100,000.00 as a nonrefundable deposit.

2.  Escrow previously agreed to close on April 15, 2005, will now close on June 16, 2006 and on June 16, 2006 the escrow company shall deliver all funds deposited with the escrow company to the McKays without any delay and without further instruction from any party or the

Court.

3. If escrow does not close on or before June 16, 2006, the parties agree to liquidate the damages in the amount of $1,000.00 per day calculated from June 1, 2006, until the actual close of escrow.

4. Upon payment to the escrow company of all monies due and owing, RVIT and the McKays shall execute all documents necessary to effectuate the actual close of escrow and transfer of title of the McKay Ranch from the McKays to RVIT.

5. Plaintiff RVIT waives any claims, objections, or right to challenge the previous appraisals that were made in this case and agrees that the parties stipulated that the purchase price of the McKay Ranch is One Million, Four Hundred Eighty Five Thousand, Six Hundred Ninety-Four Dollars and Fifty-two Cents ($1,485,694.52).

6. The McKays have until June 15, 2006, to remove any remaining personal property located on the McKay Ranch, and the McKays shall deliver the keys and RVIT shall take possession of the McKay Ranch immediately following the actual close of escrow.

7. All other terms and conditions of the previous Stipulated Dismissal not in conflict with this amended Stipulated Dismissal shall remain in full force and effect and the Court shall retain jurisdiction to resolve any disputes arising hereunder.

8. The parties to this agreement represent and warrant to the other party and to the Court that they have the actual and legal authority to be bound by the terms of the Stipulated Judgment, the terms of this Amended Stipulated Judgment, and hereby are bound to said terms.

//
//
//
//
//
//
//
//

DIEPENBROCK
HARRISON
ATTORNEYS AT LAW

AMENDED STIPULATED DISMISSAL
-2-

```
 1 | For Plaintiff:
 2 |
 3 |
 4 | Dated: 6-15-06
 5 |
 6 |
 7 | Dated: 06-15-06
 8 |
 9 |
10 | APPROVED AS TO FORM:
11 | Dated: 6-15-06
12 |
```



Eugene W. Jamison, Jr., President
Round Valley Indian Tribes

Ronald W. Lincoln, Sr., Vice-President
Round Valley Indian Tribes

Maureen H. Geary
Attorney for Plaintiff

DIEPENBROCK
HARRISON
ATTORNEYS AT LAW

AMENDED STIPULATED DISMISSAL
-3-

Case 3:04-cv-02322-JSW Document 61 Filed 06/25/2006 Page 4 of 5



For Defendants:

Dated: 5-31-06     _____
                   Gary McKay

Dated: May 31, 2006  _____
                   Cathleen McKay

APPROVED AS TO FORM:

Dated: 06-01-06    _____
                   Michael B. Vinding
                   Attorney for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DIEPENBROCK
HARRISON
ATTORNEYS AT LAW

AMENDED STIPULATED DISMISSAL
-4-

IT IS SO ORDERED.

Dated: June 21, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

AMENDED STIPULATED DISMISSAL
-5-

DIEPENBROCK HARRISON
ATTORNEYS AT LAW